UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:

CLAUDIA DE FREITAS,
and others similarly situated,

Plaintiff,

v.

RICHEMONT NORTH AMERICA, INC.

Defendants.
_______________________________________/

# NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** Defendant, Richemont North America, Inc. ("Richemont") removed this cause to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1441. The grounds for removal are:

1. On or about October 6, 2025, a civil action was filed in the Seventeenth Judicial Circuit, Broward County, Florida entitled *Claudia De Freitas, and others similarly situated v. Richemont North America, Inc.*, Case No. CACE-25-015199.

2. Other than the Civil Cover Sheet, Complaint, and Summons, Defendant is not aware of any other filings in this case. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings and documents filed and served in this action are attached hereto as Exhibit "A."

3. The Complaint was served on October 13, 2025, meaning that this Notice of Removal is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1446(d), Defendant, concurrently with the filing of this Notice of Removal, served written notice thereof to all adverse parties and have filed a copy of this Notice with the Clerk of the Seventeenth Judicial Circuit, Broward County, Florida, from

which this case was removed. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

**FEDERAL QUESTION JURISDICTION**

5. This Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case can be removed to this Court pursuant to 28 U.S.C. § 1441 in that it is a civil action containing federal question causes of action under the Fair Labor Standards Act, 29 U.S.C. § 201-219 (See Complaint, ¶ ¶ 1, 3, 49-55).

6. Based on the preceding facts, this Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case is therefore properly removable to this Court pursuant to 28 U.S.C. § 1441.

Defendant accordingly requests the removal of this case from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to this Court.

Date: November 3, 2025

Respectfully submitted,

By: *_/s/Steven A. Siegel_*

Steven A. Siegel
Fla. Bar No. 497274
ssiegel@fisherphillips.com
Fisher & Phillips LLP
201 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Florida 33301
Telephone (954) 525-4800
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on **November 3, 2025**, I electronically filed the foregoing **NOTICE OF REMOVAL** document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF and/or via U.S. Mail.

*/s/Steven A. Siegel*
Steven A. Siegel
Fla. Bar No. 497274
ssiegel@fisherphillips.com
FISHER & PHILLIPS LLP
201 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301
Telephone (954) 847-4724
Facsimile (954) 525-8739

*Attorney for Defendant*

**SERVICE LIST**

**United States District Court – Southern District of Florida**
***Claudia De Freitas and others similarly situated v. Richemont North America, Inc.***
**Case No.:**

Jason Remer
jremer@rgph.law
Remer, Georges-Pierre & Hoogerwoerd, PLLC
2475 Ponce De Leon Blvd.
Coral Gables, Florida 33134

*Attorneys for Plaintiff*

Steven A. Siegel
ssiegel@fisherphillips.com
FISHER & PHILLIPS LLP
201 East Las Olas Boulevard
Suite 1700
Ft. Lauderdale, Florida 33301
Telephone: (954) 847-4724

*Attorneys for Defendant*