UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 25-62215-CIV-DIMITROULEAS/HUNT

CLAUDIA DE FREITAS,

        Plaintiff,

v.

RICHEMONT NORTH AMERICA, INC.,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before this Court on Defendant Richemont North America, Inc.'s Motion to Compel Arbitration and Stay Lawsuit, ECF No. 4. The Honorable William Dimitrouleas, United States District Judge, referred the Motion to the undersigned United States Magistrate Judge. ECF No. 5; *see* 28 U.S.C. § 636(b); S.D. Fla. Mag. R. 1. Plaintiff Claudia De Freitas does not oppose the Motion. *See* ECF No. 8. The Parties have agreed to arbitrate their claims and that the case should be stayed pending arbitration.[1] *See id.* For the reasons set forth above, the undersigned hereby RECOMMENDS that the Motion to Compel Arbitration and Stay Case, ECF No. 4, be GRANTED.

Within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to any of the above findings and recommendations as provided by the Local Rules for this district. 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. R. 4(b). The parties are hereby notified that a failure to timely object waives the right to challenge on appeal the district court's order based on

---

[1] The Parties have jointly submitted a corresponding proposed order to the Court. That proposed order grants the motion, ordering arbitration and a stay.

unobjected-to factual and legal conclusions contained in this Report and Recommendation.  11th Cir. R. 3-1 (2016); *see Thomas v. Arn*, 474 U.S. 140 (1985).

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 10th day of December 2025.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable William Dimitrouleas
Counsel of record