UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25- 62215-CIV-DIMITROULEAS

CLAUDIA DE FREITAS,

    Plaintiff,

vs.

RICHEMONT NORTH AMERICA, INC.,

    Defendant.

_____

**ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION, STAY PROCEEDINGS**

    THIS CAUSE is before the Court upon Defendant Richemont North America, Inc.'s Motion to Compel Arbitration and Stay Lawsuit, [DE 4], and the December 10, 2025, Report and Recommendation of United States Magistrate Judge Patrick M. Hunt (the "Report") [DE 9]. The Report is based upon an agreement between parties to arbitrate. The Magistrate Judge's factual findings in the Report [DE 9] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

    The Court has also conducted a *de novo* review of the Report [DE 9] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 9] is hereby **ADOPTED** and **APPROVED**;

2. Defendant Richemont North America, Inc.'s Motion to Compel Arbitration and Stay Lawsuit [DE 4] is **GRANTED;**

3. The parties are hereby **COMPELLED** to arbitrate the claims Plaintiff pled in the Complaint;

4. This action is hereby **STAYED** pending arbitration;

5. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 11th day of December, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record
Magistrate Judge Hunt